UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD KIMSEY,<br><br>Plaintiff,<br><br>v.<br><br>SML RELOCATION SERVICES;<br>AND SIMPLE MOVERS, LLC,<br><br>Defendants. | NO:  2:15-CV-0209-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation and [proposed] Order of

Dismissal With Prejudice (ECF No. 40).  Pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of this action

with prejudice and without costs to any party.

//

//

//

//

ORDER OF DISMISSAL ~ 1

1    **ACCORDINGLY, IT IS HEREBY ORDERED**:

2    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this

3    action and all claims are **DISMISSED** with prejudice and without costs to any

4    party.

5    The District Court Executive is hereby directed to enter this Order, furnish

6    copies to counsel, and **CLOSE** the file.

7    **DATED** March 22, 2017.

8



9    THOMAS O. RICE

10    Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL ~ 2